UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA IRVIN, LAWRENCE CAMERON, ANTONIO JIMENEZ, and CHERISE FUNCHES, <br><br> Plaintiffs, <br> v. <br><br> NATIONWIDE CREDIT & COLLECTION, INC., <br><br> Defendant. | Case No. 18-cv-2945 <br><br> Hon. Robert W. Gettleman |

**PLAINTIFFS' COUNSEL'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiffs' counsel, Community Lawyers Group, Ltd. now known as Community Lawyers, LLC, Celetha Chatman, and Michael Wood ("Plaintiffs' Counsel"), by and through undersigned counsel, move the Court for leave to file a brief sur-reply to Defendant's reply in support of its motion for relief under 15 U.S.C. § 1692k(a)(3), and respectfully state as follows:

1. On October 9, 2019, Defendant filed a motion for relief under 15 U.S.C. § 1692k(a)(3) of the Fair Debt Collection Practices Act.

2. On November 29, 2019, Plaintiffs' Counsel filed their response.

3. On January 10, 2020, Defendant filed its reply.

4. In its reply, Defendant for the first time argues that the Court should impose sanctions against Plaintiffs' Counsel under its inherent authority to impose sanctions. This is distinct from Defendant's originally request for sanctions under § 1692k(a)(3).

5. Defendant waived any argument for sanctions under the Court's inherent authority, since it was not raised in Defendant's motion.

1

6. Plaintiff's Counsel thus seek to file a one-page sur-reply arguing that Defendant's arguments regarding the Court's inherent authority to impose sanctions are waived and should be stricken. A copy of the proposed sur-reply is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs' Counsel respectfully requests that the Court enter an order granting Plaintiffs' Counsel leave to file a sur-reply brief substantially in the form of Exhibit A attached hereto.

Respectfully submitted,

/s/ *Daniel Brown*
Daniel Brown (ARDC # 6299184)
Main Street Attorney, LLC
PO Box 247
Chicago, IL 60690
(773) 453-7410
daniel@mainstreetattorney.com

*Attorney for Community Lawyers Group, Ltd., Celetha Chatman, and Michael Wood*

**CERTIFICATE OF SERVICE**

I, Daniel Brown, an attorney, hereby certify that on January 14, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: January 14, 2020**                                          Respectfully submitted,

By:     /s/ *Daniel Brown*