# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA IRVIN, LAWRENCE CAMERON, ANTONIO JIMENEZ, and CHERISE FUNCHES, <br><br> Plaintiffs, <br> v. <br><br> NATIONWIDE CREDIT & COLLECTION, INC., <br><br> Defendant. | Case No. 18-cv-2945 <br><br> Hon. Robert W. Gettleman |

**SUR-REPLY IN OPPOSITION BY PLAINTIFFS'
COUNSEL TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

Plaintiffs' counsel, Community Lawyers Group, Ltd. now known as Community Lawyers, LLC, Celetha Chatman, and Michael Wood ("Plaintiffs' Counsel"), by and through undersigned counsel, submit this sur-reply in opposition to Defendant's motion for attorneys' fees. Defendant argued for sanctions per the Court's inherent authority for the first time in their reply brief. "[I]t is well-established that arguments raised for the first time in the reply brief are waived." *Mendez v. Perla Dental*, 646 F.3d 420, 423-24 (7th Cir. 2011). Defendant thus waived this argument, and such argument should be stricken from Defendant's reply brief and disregarded in its entirety.

                                                                        Respectfully submitted,
/s/
Daniel Brown (ARDC # 6299184)
Main Street Attorney, LLC
PO Box 247
Chicago, IL 60690
(773) 453-7410
daniel@mainstreetattorney.com

*Attorney for Community Lawyers Group,
Ltd., Celetha Chatman, and Michael Wood*

1